**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Camille Thomas,

                      Plaintiff(s),

        v.

Client Services, Inc.

                      Defendant(s).

Case No: 2:21-cv-00859-WFK-ST

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Client Services, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: s/ *David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Email: dbarshay@brlfirm.com
Our File No.: BRL10018
*Attorneys for Plaintiff*

Dated: June 3, 2021

By: s/ *Sean O'Brien*
Sean O'Brien, Esquire
Lippes Mathias Wexler Friedman, LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Email: sobrien@lippes.com
*Attorneys for Defendant*

Dated: June 3, 2021

Dated: June 3, 2021
      Brooklyn, New York

**SO ORDERED.**

   s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE